UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TODD M. GORNSTEIN, on behalf of himself and all others similarly situated,<br><br>     *Plaintiff,*<br><br>  v.<br><br>TIMBERTECH LTD., and CPG INTERNATIONAL, INC.,<br><br>     *Defendants.* | C.A. No. 1:14-cv-12409-MLW |

**JOINT MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Todd M. Gornstein ("Plaintiff") and Defendants TimberTech LTD. ("TimberTech") and CPG International, Inc. ("CPG" together with TimberTech, "Defendants") (collectively, Plaintiff and Defendants are referred to herein as the "Parties"), respectfully request that this Court enter the attached proposed order granting preliminary approval to a class action settlement (the "Proposed Preliminary Approval Order"). In support of this Joint Motion, the Parties state as follows:

1. On November 19, 2015, the Parties conducted mediation before the Hon. Charles M. Swartwood, III (Ret.), in Columbus, Ohio. While the mediation was productive, the Parties were unable to reach agreement at that time. Following the mediation, for months the Parties continued their dialogue, exchanging numerous emails and speaking repeatedly by phone.

2. After reaching agreement on all material terms, the Parties conducted a follow-up mediation before Judge Swartwood in Boston, Massachusetts on August 19, 2015, to address an incentive award for Plaintiff, as well as costs and attorney's fees. The Parties conducted the mediation in good faith and ultimately agreed to a mediator's proposal.

-1-

3. The terms of the Parties' agreement are set forth in the Settlement Agreement and Release of Claims (the "Settlement Agreement"), which resolves all claims asserted in this litigation on a class-action basis. A copy of the Settlement Agreement (and Exhibits A-E to that Settlement) is being filed in connection with this Joint Motion.

4. The Parties respectfully request that this Court enter the Proposed Preliminary Approval Order, which is Exhibit E to the Settlement Agreement. Among other things, the Proposed Preliminary Approval Order:

  a. grants preliminary approval to the Settlement;

  b. conditionally certifies, for settlement purposes only, a proposed settlement class consisting of all owners of TimberTech XLM Desert Bronze decking purchased on or before November 1, 2011, or XLM Mountain Cedar decking purchased on or before August 31, 2010, or former owners who have received an assignment from an owner of such decking;

  c. conditionally appoints, for settlement purposes only, Plaintiff Todd M. Gornstein as Settlement Class Representative;

  d. conditionally appoints, for settlement purposes only, the following attorneys and law firms as Settlement Class Counsel: William Anderson and Charles J. LaDuca, from Cuneo Gilbert & LaDuca, LLP; Robert Shelquist of the law firm Lockridge Grindal Nauen PLLP; Michael McShane of the law firm of Audet & Partners, LLP; and Erica Mirabella of the law firm Mirabella Law, LLC.;

  e. directs that notice of the Settlement be provided to the Settlement Class as provided in the Settlement Agreement;

-3-

  f. schedules a final approval hearing before the Court to determine whether the Settlement should be finally approved (and enters other appropriate deadlines); and

  g. stays all proceedings in this Litigation pending further order of the Court except as otherwise necessary to implement the Settlement Agreement.

5. This Joint Motion is based on the Settlement Agreement (including the exhibits to the Settlement Agreement) and Plaintiff's accompanying memorandum in support of the Joint Motion.

WHEREFORE, the parties respectfully ask this Court to enter the Proposed Preliminary Approval Order.

Respectfully Submitted,

| | |
|---|---|
| TODD M. GORNSTEIN | TIMBERTECH LTD. and CPG INTERNATIONAL, INC. |
| By his attorneys, | By their attorneys, |
| /s/ Matthew E. Miller | /s/ John A. Shope |
| Matthew E. Miller (BBO# 559353)<br>William H. Anderson<br>CUNEO GILBERT & LADUCA, LLP<br>507 C Street, NE<br>Washington, DC 20002<br>(202) 789-3960<br>mmiller@cuneolaw.com<br>wanderson@cuneolaw.com | John A. Shope (BBO #562056)<br>Shrutih Tewarie (BBO#685467)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000<br>jshope@foleyhoag.com<br>stewarie@foleyhoag.com |
| Attorneys for Plaintiff and the Proposed Class | Attorneys for Defendants |

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel registered with that system.

  /s/ Matthew E. Miller

Matthew E. Miller (BBO# 559353)
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960
mmiller@cuneolaw.com